| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721-2226 |
| 4 | Telephone: 559.487.5561/Fax: 559.487.5950 |
| 5 | Attorney for Defendant |
| | JERRID NIKOLAS KUNKEL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:19-cr-00029 DAD-BAM |
| | ) | |
| *Plaintiff,* | ) | WAIVER OF DEFENDANT'S PERSONAL |
| | ) | PRESENCE; ORDER THEREON |
| vs. | ) | |
| | ) | |
| JERRID NIKOLAS KUNKEL, | ) | Judge: Hon. Barbara A. McAuliffe |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Jerrid Nikolas Kunkel, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

-1-

Mr. Kunkel makes this request because he resides in Modesto, California, and wishes to minimize the time and expense involved in traveling to Fresno for non-dispositive hearings. Assistant United States Attorney Brian W. Enos has no objection to this request.

Respectfully submitted,

DATED: May 30, 2019 /s/ *JERRID NIKOLAS KUNKEL*
JERRID NIKOLAS KUNKEL,
Defendant

DATED: May 30, 2019 /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for
JERRID NIKOLAS KUNKEL

## **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **May 30, 2019** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE