HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JERRID NIKOLAS KUNKEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JERRID NIKOLAS KUNKEL ,<br><br>　　　　　　Defendant. | Case No. 1:19-cr-00029-DAD-BAM<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; AND ORDER<br><br>JUDGE:  Hon. Barbara A. McAuliffe |

　　　　On March 1, 2019 Jerrid Kunkel was granted pretrial release on conditions including home detention. **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Jerrid Kunkel, that Mr. Kunkel's home detention condition may be modified by adding language permitting Mr. Kunkel to be outside his residence for two hours daily, as pre-approved by Pretrial Services, for exercise and heath purposes. During this time outside his residence, Mr. Kunkel shall be accompanied by his mother and custodian, Debbie Kunkel, or his father, Jerry Kunkel.

　　　　Mr. Kunkel has been on pretrial release for more than 14 months. Throughout this time he has complied with all conditions of his pretrial release. He is participating in counseling, and reports to his supervising Pretrial Services Officer, Ali Mirgain as directed. In addition,

Mr. Kunkel's counselor has advised Officer Mirgain that, in her professional opinion, it would benefit Mr. Kunkel's physical health and anxiety if he were permitted outside for health and exercise as requested. For these reasons Officer Mirgain fully supports the proposed modification of Mr. Kunkel's release conditions.

As amended, Mr. Kunkel's Location Monitoring/ Home Detention Condition, 7(p), shall provide:

> You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer. **You are permitted two hours outside of your residence daily, as pre-approved by Pretrial Services, for exercise/heath purposes. During these two hours daily, you must be accompanied by either your mother/custodian, Debbie Kunkel, or you father, Jerry Kunkel.**

Other than the addition of the bolded portion of this condition, the modified Location Monitoring/ Home Detention Condition is identical to the original condition set forth at Docket No. 8, p.2, condition 7(p).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: May 5. 2020           */s/ Brian W. Enos*
                            BRIAN W. ENOS
                            Assistant United States Attorney
                            Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 5, 2020                          */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
JERRID NIKOLAS KUNKEL

## **O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(p) of the Order Setting Conditions of Pretrial Release for Jerrid Nikolas Kunkel, as set forth above.

IT IS SO ORDERED.

Dated:  **May 5, 2020**                    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE