PHILLIP A. TALBERT
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> JERRID NIKOLAS KUNKEL, <br><br>  Defendant. | Case No: 1:19-cr-00029 DAD/BAM <br><br> **STIPULATION TO: (1) VACATE FEBRUARY 8, 2022 TRIAL DATE AND (2) SET STATUS CONFERENCE FOR MARCH 14, 2022; ORDER** <br><br> Ctrm:   5 <br><br> Hon. Dale A. Drozd |

## BACKGROUND

A trial confirmation hearing is currently set to take place regarding this matter on January 24, 2022, with a trial date set for February 8, 2022. Dkt. 25. The parties have commenced preparation for trial but require additional time to complete trial preparation due to previously unforeseen medical circumstances. The parties therefore request that the court vacate both the presently set trial confirmation hearing and trial date, and set a status conference to take place on Friday, March 14, 2022 at 9:00 am. The parties have cleared the court's availability regarding the above-proposed status conference date and time.

1

Counsel each agree that time between the current February 8, 2022 trial date and March 14, 2022 proposed status conference date should be excluded under the Speedy Trial Act.  The parties therefore stipulate that the period of time from February 8, 2022 through March 14, 2022 is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  December 8, 2021 PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Brian W. Enos
Brian W. Enos
Assistant United States Attorney

(*As authorized 12/8/21*)

Dated: December 8, 2021 By: /s/ Eric V. Kersten
Eric V. Kersten, Esq.
Attorney for Defendant
Jerrid Nikolas Kunkel

**O R D E R**

IT IS ORDERED that the previously set February 8, 2022 trial date is vacated, and a status conference is set for Monday, March 14, 2022, at 9:00 a.m.

IT IS FURTHER ORDERED THAT the period of time from February 8, 2022 through March 14, 2022, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 8, 2021**                    _Dale A. Drozd_
                                                                     UNITED STATES DISTRICT JUDGE

3