PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERRID NIKOLAS KUNKEL, <br><br> Defendant. | Case No: 1:19-cr-00029 ADA/BAM <br><br> **STIPULATION TO: (1) SET NOVEMBER 7, 2022 CHANGE OF PLEA HEARING, AND (2) VACATE BOTH NOVEMBER 14, 2022 TRIAL CONFIRMATION HEARING AND DECEMBER 6, 2022 TRIAL DATE; [PROPOSED] ORDER** <br><br> Ctrm:  1 <br> Date:   November 7, 2022 <br> Time:   8:30 am. <br><br> Hon. Ana de Alba |

## STIPULATION

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney, Brian W. Enos, on behalf of the government, and Eric V. Kersten, Esq., on behalf of defendant Jerrid Nikolas Kunkel ("Kunkel"), that: (1) a change of plea hearing be scheduled to take place on Monday, November 7, 2022, at 8:30 am; and (2) this action's November 14, 2022 trial confirmation hearing and December 6, 2022 both be vacated. The parties have confirmed the court's availability regarding the above-proposed change of plea hearing's date and time.

1

The parties base this stipulation on good cause and therefore ask the court to endorse this stipulation by way of formal order.  Specifically,

1. Late last week, the parties reached an agreement resolving this case.  The terms of this agreement are memorialized in a signed plea agreement filed this past Monday, October 24, 2022.  Dkt. 30.

2. The parties have since compared respective calendars and met and conferred about available dates wherein they could both appear at a change of plea hearing.  The parties have also cleared Monday, November 7, 2022 (8:30 a.m.) regarding the scheduling of this hearing with chambers of Courtroom 1.  In light of these efforts, the parties ask the court to endorse their stipulation to set a change of plea hearing for Monday, November 7, 2022, at 8:30 a.m. in Courtroom 1.  Pursuant to additional communications with chambers, the parties likewise ask the court to vacate both this action's previously scheduled November 14, 2022 trial confirmation hearing and December 6, 2022 trial date.

3. Pursuant to relevant provisions of 18 U.S.C. § 3161, the parties previously obtained a waiver of time in this action through December 6, 2022 at a status conference that took place on March 14, 2022.  Dkt. 28.

IT IS SO STIPULATED.

Dated:  October 26, 2022         PHILLIP A. TALBERT
                                 United States Attorney

                                 By:  /s/ Brian W. Enos
                                      Brian W. Enos
                                      Assistant United States Attorney


                                      (*As authorized 10/26/22*)

Dated: October 26, 2022          By:  /s/ Eric V. Kersten
                                      Eric V. Kersten, Esq.
                                      Attorney for Defendant
                                      Jerrid Nikolas Kunkel

2

**O R D E R**

IT IS ORDERED that:

    (1) A change of plea hearing is set to take place on Monday, November 7, 2022, at 8:30 a.m. in Courtroom 1; and

    (2) the trial confirmation hearing set for Monday, November 14, 2022 and the trial date set for Tuesday, December 6, 2022 are both vacated.

IT IS SO ORDERED.

Dated:   October 28, 2022

UNITED STATES DISTRICT JUDGE

3