HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JERRID NIKOLAS KUNKEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERRID NIKOLAS KUNKEL ,<br><br>Defendant. | Case No. 1:19-cr-00029 DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING;  ORDER<br><br>Date:   April 10, 2023<br>Time:  8:30 a.m.<br>Judge: Ana de Alba |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Jerrid Kunkel, that the sentencing hearing scheduled for February 21, 2023, before the Honorable Ana de Alba, may be continued to April 10, 2023, or the soonest date thereafter convenient to the court.

The draft Presentence Investigation report in this matter was filed late and contains information and guideline calculations at odds with those anticipated by the parties. This continuance is requested to allow time for additional investigation needed to prepare for sentencing.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 24. 2023            */s/ Brian W. Enos*
                                           BRIAN W. ENOS
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

                                           HEATHER E. WILLIAMS
                                           Federal Defender

Date: January 24, 2023            */s/ Eric V. Kersten*
                                           ERIC V. KERSTEN
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           JERRID NIKOLAS KUNKEL

**O R D E R**

It is so ordered. The sentencing hearing scheduled for February 21, 2023, is continued to April 10, 2023.

IT IS SO ORDERED.

   Dated:   January 25, 2023            _____
                                                   UNITED STATES DISTRICT JUDGE