1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JERRID NIKOLAS KUNKEL
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00029 ADA-BAM |
|---|---|
12 | Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
13 | vs. | |
14 | JERRID NIKOLAS KUNKEL, | Date:  April 24, 2023<br>Time:  8:30 a.m.<br>Judge: Ana de Alba |
15 | Defendant. | |

16

17

18      **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Brian W. Enos, counsel for plaintiff, and Assistant

20 Federal Defender Eric V. Kersten, counsel for defendant Jerrid Kunkel, that the sentencing

21 hearing scheduled for April 10, 2023, may be continued to April 24, 2023, or the soonest date

22 thereafter convenient to the court.

23      This continuance is requested to allow time for additional defense investigation necessary

24 to properly prepare for sentencing.

25      The parties agree that any delay resulting from the continuance shall be excluded as

26 necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

27 ///

28 ///

3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial

                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

Date: March 31. 2023                */s/ Brian W. Enos*
                                        BRIAN W. ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: March 31, 2023               */s/ Eric V. Kersten*
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JERRID NIKOLAS KUNKEL

## **O R D E R**

It is so ordered. The sentencing hearing scheduled for April 10, 2023 is continued to April 24, 2023.

IT IS SO ORDERED.

   Dated:   March 31, 2023                                                              
                                                      UNITED STATES DISTRICT JUDGE