HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JERRID KUNKEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERRID KUNKEL,<br><br>Defendant. | Case No. 1:19-cr-00029 ADA<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER<br><br>JUDGE:  Hon. Ana de Alba |
|---|---|

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Jerrid Kunkel, that Mr. Kunkel's conditions of release may be modified to permit Mr. Kunkel to leave his residence on May 7, 2023, between the hours of 11:00 a.m. and 6:00 p.m., to allow him to attend the eulogy and celebration of life for his late grandmother, Hope Calderon Armenta. The eulogy/celebration of life is scheduled to occur at 400 Enslen Avenue, Modesto, California, on May 7, 2023, between the hours of 12:00 p.m. and 5:00 p.m.

Jerrid Kunkel has entered a plea agreement and is set for Sentencing on May 31, 2023. He has been on pretrial release since March 4, 2019. Throughout the past 50 months he has complied with all conditions of his pretrial release. He is participating in counseling and reports to his supervising Pretrial Services Officer, Renee Basurto, as directed.

Pursuant to the existing Order Setting Conditions of Release, Mr. Kunkel is subject to home detention. Condition 7(p) provides:

> HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer. You are permitted two hours outside of your residence daily, as pre-approved by Pretrial Services, for exercise/heath purposes. During these two hours daily, you must be accompanied by either your mother/custodian, Debbie Kunkel, or you father, Jerry Kunkel.

Docket No. 8, as modified at Doc. 20.

The parties request that Kunkel's conditions of release be modified as follows to allow him to attend the eulogy/celebration of life of his grandmother,:

> On May 7, 2023, between the hours of 11:00 a.m. and 6:00 p.m., Jerrid Kunkel is permitted to travel directly from his approved residence to attend the eulogy/celebration of life for Hope Calderon Armenta, scheduled to occur at 400 Enslen Avenue, Modesto, California, between the hours of 12:00 p.m. and 5:00 p.m. At the conclusion of the event Jerrid Kunkel shall travel directly from 400 Enslen Avenue, back to his approved residence. At all times when away from his residence Jerrid Kunkel shall be accompanied by his mother/custodian, Debbie Kunkel, or his father, Jerry Kunkel.

All other conditions of pretrial release shall remain in full force and effect. The Pretrial Services Office does not object to this request.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: May 3. 2023

*/s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 3, 2023

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
JERRID KUNKEL

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(p) of the Order Setting Conditions of Pretrial Release for Jerrid Kunkel as set forth above.

IT IS SO ORDERED.

Dated: __May 3, 2023__          /s/ Erica P. Grosjean
                               UNITED STATES MAGISTRATE JUDGE