PHILLIP A. TALBERT
United States Attorney
BRITTANY GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00029-ADA-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JERRID NIKOLAS KUNKEL, | |
| Defendant. | |

On November 18, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jerrid Nikolas Kunkel in the following property:

    a.    iPhone 5 cellular phone, seized from defendant by law enforcement on or about December 19, 2017;

    b.    Western Digital Hard Drive (1TB), seized from defendant by law enforcement on or about December 19, 2017; and,

    c.    SD cards, compact discs, hard drives, or other electronic storage devices containing visual depictions of minors engaged in sexually explicit conduct and seized from defendant by law enforcement on or about December 19, 2017.

Beginning on November 23, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court

within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed of according to law, including all right, title, and interest of Jerrid Nikolas Kunkel.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection/Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   June 7, 2023

_____
UNITED STATES DISTRICT JUDGE