1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JERRID KUNKEL
7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00029 ADA
12 |         Plaintiff,        | **REVISED** UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER
13 | vs.                       |
14 | JERRID KUNKEL,            |
15 |         Defendant.        | JUDGE:  Hon. Ana de Alba

18   Defendant Jerrid Kunkel hereby requests that his conditions of release be modified to
19 permit him to be away from his residence for 48 hours, from 11:00 a.m. on Thursday, July 20,
20 2023, through 11:00 a.m. on Saturday, July 22, 2023. This will allow him to spend two nights in
21 Santa Cruz with his parents to celebrate his mother's birthday, and to enjoy a brief time at the
22 coast before self-surrendering to the Bureau of Prisons to begin service of his sentence on July
23 26, 2023. During the requested 48-hours away from his residence Jerrid shall be accompanied at
24 all times by his mother/third party custodian, Debbie Kunkel, or his father, Jerry Kunkel.
25   The government takes no position on this request and defers to the discretion of the
26 Court. The Probation Office likewise defers to the Court while noting that Jerrid has continued to
27 comply with all conditions of his pretrial release since being sentenced on May 31, 2023.
28 //

1    Jerrid Kunkel entered a plea agreement and appeared for sentencing on May 31, 2023.
2 The court imposed a 175-month term of imprisonment and allowed Mr. Kunkel to remain out of
3 custody and self-surrender to the Bureau of Prisons to begin to begin service of his sentence on
4 July 26, 2023. Jerrid has been on pretrial release since March 4, 2019. During his 52 months
5 under supervision Jerrid has complied with all conditions of his pretrial release, participated in
6 counseling and reported to his supervising Pretrial Services Officer, Renee Basurto, as directed.

7    Pursuant to the existing Order Setting Conditions of Release, Mr. Kunkel is subject to
8 home detention. Condition 7(p) provides:

9    HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical,
10   substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved
11   by the pretrial services officer. You are permitted two hours outside of your residence daily, as pre-approved by Pretrial Services, for
12   exercise/heath purposes. During these two hours daily, you must be accompanied by either your mother/custodian, Debbie Kunkel, or your
13   father, Jerry Kunkel.

14 Docket No. 8, as modified at Doc. 20.

15    Mr. Kunkel requests that his conditions of release be modified as follows to allow him to
16 spend time with his parents in Santa Cruz before surrendering for service of his sentence:

17   For 48 hours, beginning at 11:00 AM on July 20, 2023, and continuing until 11:00 AM on July 22, 2023, Jerrid Kunkel is permitted to travel
18   from his approved residence in Modesto California to visit Santa Cruz, California with his mother/third party custodian, Debbie Kunkel, and
19   his father, Jerry Kunkel. While in Santa Cruz defendant is subject to a curfew which allows him to be away from his residence between the
20   hours of 7:00 AM to 10:00 PM. At all times while away from Modesto Jerrid Kunkel shall be accompanied by and remain in the personal
21   presence of either Debbie Kunkel or Jerry Kunkel. Because defendant is not permitted to loiter or be found within 100 ft of any school yard,
22   park, playground, arcade, movie theatre, or other place primarily used by children, he is prohibited from going to the Santa Cruz Boardwalk
23   at any time.

24   Defendant shall also take his Electronic Monitoring equipment with him and install this equipment wherever he and his family are staying
25   in Santa Cruz. Upon arrival at that location Defendant will immediately notify Pretrial Services and they will conduct a virtual home visit to
26   verify the proper installation of the equipment

27 //
28 //

Kunkel: Rev'd Motion to Modify Conditions
of Pretrial Release; Proposed Order

2

All other conditions of Jerrid Kunkel's pretrial release shall remain in full force and effect.

Date: July 18, 2023                           Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Eric V. Kersten*_____
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JERRID KUNKEL

## **O R D E R**

The Court hereby modifies Special Condition 7(p) of the Order Setting Conditions of Pretrial Release for Jerrid Kunkel as set forth above.

IT IS SO ORDERED.

Dated: **July 18, 2023**                      /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE